**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1123**

SANAA LIFESTYLE INC., a South Dakota Corporation; SAIF AHMAD, an individual; SANA AIJAZ, an individual,

Plaintiffs - Appellees,

v.

VICTOR ROSSI, a Maryland Corporation; MANISH SINGH, an individual,

Defendants - Appellants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, District Judge.  (1:19-cv-00559-AJT-JFA)

Submitted:  October 27, 2020                     Decided:  November 17, 2020

Before FLOYD and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Victor Rossi, Manish Singh, Appellants Pro Se.  Alex Robert Heidt, HEIDT LAW FIRM, PLLC, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's orders entering a default judgment against them as to liability and ordering damages, attorneys' fees, and costs in this civil action alleging fraud and breach of contract. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sanaa Lifestyle, Inc. v. Rossi*, No. 1:19-cv-00559-AJT-JFA (E.D. Va. Nov. 14, 2019, Jan. 6, 2020). We grant Appellants' motions to supplement the informal brief, for an extension to file the reply brief, and to exceed the length limitations for the reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*